Part v at page 527 is amended to read:

For the reasons stated, we affirm the decision of the Court of Appeals with respect to the felony-firearm charge; we reverse the decision of that Court with respect to the charge of possession of less than 50 grams of cocaine with intent to deliver; and we remand to that Court for its consideration of an issue preserved by defendant but not addressed by the Court of Appeals: whether the trial court abused its discretion in refusing to give an instruction on a lesser misdemeanor offense.

*Leave to Appeal From Attorney Discipline Board Denied October 12, 1992:*

GRIEVANCE ADMINISTRATOR v SHANNON, No. 94239.

MALLETT, J. I would grant leave to appeal.

*Rehearings Denied November 20, 1992:*

DUONG v HONG, No. 92629. Motion by the Juvenile Law Section of the State Bar of Michigan for leave to file a brief amicus curiae is granted. Reported *ante,* 23.

PRIESMAN v MERIDIAN MUTUAL INSURANCE COMPANY, No. 89357. Reported *ante,* 60.

*In re* FORFEITURE OF CERTAIN PERSONAL PROPERTY and *In re* FORFEITURE OF 5773 MARBLE DRIVE, TROY, MICHIGAN, Nos. 93409, 93410. Reported *ante,* 77.

BUCZKOWSKI v McKAY, No. 89770. Reported *ante,* 96.

SCHMIDT v DEPARTMENT OF EDUCATION, No. 90858. Reported *ante,* 236.

KASSAB v MICHIGAN BASIC PROPERTY INSURANCE ASSOCIATION, No. 90387. Reported *ante,* 433.

CAVANAGH, C.J. I would grant rehearing.

*Rehearings Denied December 7, 1992:*

SPAULDING v LESCO INTERNATIONAL CORPORATION and HOREN v COLECO INDUSTRIES, Nos. 88429, 88590. Reported *ante,* 379.

*Orders Entered December 22, 1992:*

PROPOSED AMENDMENT OF RESOLUTION OF CONFLICTS IN COURT OF APPEALS DECISIONS. On order of the Court, having extended the effectiveness of Administrative Order No. 1990-6 until June 30, 1993, we solicit comments on two proposed variations of that order as set